# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THERESA MILLER**<br>    **Plaintiff** | * | |
| v. | * | Civil No.: PX-16-CV-1363 |
| **NATIONAL CREDIT ADJUSTERS, LLC**<br>    **Defendant** | * | |
| | ****** | |

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Sergei Lemberg, Esq. that the summons and Complaint were properly served upon the above named Defendant on May 27, 2016, and that the time for said Defendant to plead or otherwise defend expired on June 17, 2016, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

    Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

    **ORDERED**, that default for want of answer or other defense by said Defendant is entered this 18th day of October, 20 16.

                                                        FELICIA C. CANNON, CLERK

                                      By:  /S/
                                                Katina Tyson, Deputy Clerk