**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |
|---|---|
| Theresa Miller, | : |
|  | : |
| Plaintiff, | : Civil Action No. 8:16-cv-01363-PX |
| v. | : |
| National Credit Adjusters, LLC, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days. Plaintiff hereby respectfully requests the above-entitled Court to enter the Rule 111 Order.

Dated: October 20, 2017

                                      Respectfully submitted,

                                      By   */s/ Sergei Lemberg*
                                      Sergei Lemberg, Esq.
                                      LEMBERG LAW, LLC
                                      43 Danbury Road, 3rd Floor
                                      Wilton, CT 06897
                                      Telephone: (203) 653-2250
                                      Facsimile: (203) 653-3424
                                      Email: slemberg@lemberglaw.com
                                      ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing (ECF) system and that the document is available on the ECF system.

                                           */s/ Sergei Lemberg*
                                           Sergei Lemberg, Esq.